IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES PERMENTER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-2706

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed October 1, 2015.

An appeal from an order of the Circuit Court for Clay County.
John H. Skinner, Judge.

James Permenter, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Matthew Pavese, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.